UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| MELISSA E. GEORGE, surviving mother and next of kin to Johnny A. Baldwin, deceased, | ) ) ) ) |
| v. | ) No.: 4:20-CV-26-KAC-SKL ) |
| CITY OF WINCHESTER, et al., | ) ) |
| Defendants. | ) |

# ORDER

The Court is in receipt of "Plaintiff's Motion for Rule 16 Scheduling Conference" [Doc. 46], requesting a scheduling conference under Federal Rule of Civil Procedure 16. Federal Rule of Civil Procedure 26(f) requires that parties "confer as soon as practicable—and in any event at least 21 days before . . . a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f)(1). The Rule further provides: "[t]he attorneys of record . . . are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan and for submitting to the court within 14 days after the conference a written report outlining the plan." Fed. R. Civ. P. 26(f)(2). To date, the Parties have not filed a Rule 26(f) report.

As required by Rule 26(f), the Parties are hereby **ORDERED** to confer and submit the required report to the Court on or before **January 18, 2022**. The Court will determine whether to hold a Rule 16 scheduling conference after receiving the Parties' Rule 26(f) report. Plaintiff's "Motion for Rule 16 Scheduling Conference" [Doc. 46] is accordingly **DENIED AS MOOT**.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge